

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00251-CV

Pedro I. **SAENZ** III,
Appellant

v.

**LAREDO KIP, LLC**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2020-CVI-000951-C3
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: August 3, 2022

DISMISSED FOR WANT OF PROSECUTION

From the limited record before us, it appears the clerk's record was due on June 28, 2022. *See* TEX. R. APP. P. 35.1(c). On the due date, the Webb County District Clerk notified this court that Appellant had not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

On July 7, 2022, we ordered Appellant to file written proof by July 18, 2022, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2)

Appellant is entitled to a free clerk's record. We warned Appellant that if he failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

PER CURIAM